UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

www.cand.uscourts.gov

Susan Y. Soong
Clerk of Court

General Court Number
510-637-3530

July 7, 2020

CASE TITLE: CoreCivic Inc v. Candide Group LLC

CASE NUMBER:  20-cv-03792-KAW

RECEIVED FROM:  Central District of California

TO COUNSEL OF RECORD:

The above entitled action has been transferred to this District.  All future filings should reflect the above case number.

Sincerely,

Susan Y. Soong, Clerk

by: Jordan Burgan
Case Systems Administrator
(510) 637-3537