Exhibit 4

7,216 views | Mar 5, 2019, 03:32pm EST

# JPMorgan Chase Is Done With Private Prisons



**Morgan Simon** Senior Contributor 

Investing

*I write about money and social justice.*

**TWEET THIS**

> After years of targeted actions by everyday activists and concerned shareholders, JPMorgan Chase announced early this morning that they will stop financing GEO Group and CoreCivic

> If capital and activists agree that private prisons are bad business, their days may indeed be numbered.

[This article was updated on October 10, 2019.]



Scores of immigrants, trans women, & allies brought mariachis to send the message: "JP Morgan must... [+]   DANIEL ALTSCHULER, MAKE THE ROAD NY

**"We will no longer bank the private-prison industry"** — JPMorgan Chase representative

After years of targeted actions by everyday activists and concerned shareholders, JPMorgan Chase announced early this morning that they will stop financing GEO Group and CoreCivic — the largest operators of private prisons and immigrant detention centers in the U.S. This is a big win for the world of corporate accountability; one that many believe wouldn't have been possible without hundreds of thousands of people nationally demanding change in the wake of growing concern over family detention. It also calls into question the financial viability of the private prison industry, which has come under fire both by activists and financial analysts.

Recommended For You

Ghislaine Maxwell Records Trove Names Jeffrey Epstein, Alan Dershowitz—And More Documents Could Be Released

More Trouble At 'The Ellen DeGeneres Show': Former Employees Make Sexual Misconduct Allegations

New $1,000 Stimulus Package Proposed: A Family Of Four Would Receive $4,000

As explored in "What Do Big Banks Have to Do With Private Prisons," GEO Group and CoreCivic have a long history of profiting from mass incarceration: they make money when beds are filled, justly or unjustly. Together they've spent a combined $25M on lobbying over the past three decades.  Disclosures show they've lobbied on a number of bills related to funding for ICE enforcement over the years.  GEO Group and CoreCivic say that they don't lobby on legislation or policies that would affect the basis for or length of incarceration or detention, but according to the Justice Policy Institute, both companies have served on task forces of the American Legislative Exchange Council (ALEC), which has written and promoted model legislation focused on mandatory minimums sentences, three strikes laws, and "truth in sentencing" legislation.

Interestingly, while only 10% of prisons and jails nationwide are for-profit, a third of all immigrant detention centers are privately owned... receiving over $1B a year in contracts from ICE (almost $2.8M a day of taxpayer money).

Since news of family separation at the southern border began shedding more light on the abuses inside such private facilities, activists across the country have been paying careful attention to who actually enables private prison companies in their day to day operations. In other words, they've been meticulously following the money story behind the story — and found that brand-name banks like Chase, Wells Fargo and Bank of America have provided billions in financing to private prisons over the past decade.

Over the past few years, there's been a steady drumbeat of actions from civil society addressing this relationship. In May of 2017, Make the Road New York, the Center for Popular Democracy, and allies began their #BackersOfHate campaign with civil disobedience at Chase's Manhattan headquarters, followed by rallies outside of shareholder meetings in Texas and Delaware to call out the abuses immigrants face in private prisons and detention centers. Then in 2018, united under the hashtag #FamiliesBelongTogether, 80+ organizations — from immigrant rights nonprofits to social investing firms — came together to form a corporate accountability committee targeting big banks through both insider conversations and consumer-facing strategies (in full disclosure, the author's firm, Candide Group, and its project Real Money Moves, are members of this committee).

Beyond banks, interest rose across the country in addressing the direct role of private prisons in family detention and mass incarceration. Real Money Moves launched in November of 2018 as a national initiative of over 30 athletes, actors, artists and everyday activists, including cast members of "Orange is the New Black" and NFL players, who committed to keep their money out of private prison companies. A select group additionally pledged $10M to social investing, highlighting the idea that it's possible to not only

screen out companies with poor track records, but also seek out those who have paid special attention to their social impact. Real Money Moves also helped expose people nationally to community banking options, and in general the idea that knowing where your money spends the night can be a critical way to keep your money and values aligned.

On February 14th, Families Belong Together coalition members Daily Kos, CREDO, Make the Road NY, Presente.org, Rainforest Action Network, MomsRising, Conference of Superiors of Men, Candide Group, and Jobs with Justice put this ethos into action with protests at over 100 bank branches, and over 150,000 petition signatures asking Chase and Wells Fargo to break up with private prisons — or pledging to break up with their bank instead. Most visibly, Make the Road NY members showed up at CEO Jamie Dimon's home in Manhattan with a mariachi band to serenade him with break up songs as a part of their ongoing #BackersOfHate campaign — a rousing start to Valentine's Day.

Concern over private prisons has also migrated into the political sphere. Earlier this month Make the Road NY hosted hometown representative Alexandria Ocasio Cortez, who pledged to hold oversight hearings to hold banks like Chase accountable for "investing in and making money off of the detention of immigrants." These hearings are expected to still occur — many other banks still participate in private prison financing — but it looks like Chase is off the hook for now.

Chase's announcement calls into question the policies of other financial institutions such as Wells Fargo, Bank of America, BNP Paribas, SunTrust, and U.S. Bancorp who maintain relationships with private prisons — even while Moody's and S&P have provided these companies with speculative grade (aka "junk") credit ratings because "their revenues are at risk to changes in government policy and public scrutiny of companies profiting from detention."  Indeed, Chase noted the decision came as a result of the bank's "ongoing evaluations of the costs and benefits of serving different

industries," and Wells Fargo noted in January it was reducing its exposure to the sector (though has not yet announced a full withdrawal) in accordance with its "environmental and social risk management" practices. If capital and activists agree that private prisons are bad business, their days may indeed be numbered.

***Clarification:*** *This article does not intend to suggest that CoreCivic or GEO Group housed children separated from their parents pursuant to the Trump family separation policy. CoreCivic has stated, "CoreCivic does not and has never housed children separated from their parents pursuant to the Trump family separation policy." GEO Group has similarly stated, "Our company does not and has never managed facilities that house unaccompanied minors nor has our company ever provided transportation or any other services for that purpose."*

*While the terminology of "family separation" tends to focus on the detention of children, I view the phenomena of family separation as more broad (for instance, inclusive of separating a grown adult from their aging parent, or spouse from spouse, or a parent being incarcerated while their child remains free, etc.). Family separation is thus practiced in the context of both immigration and mass incarceration, such that it is possible to participate in family separation without participating in the housing of children.*

## Discover What's Making Markets Move

Know what's moving the financial markets and what smart money is buying with Forbes Investing Digest.

| Enter e-mail address | Sign up |

You may opt out any time. Terms and Conditions and Privacy Policy

Follow me on *Twitter* or *LinkedIn*. Check out my *website*.

 Morgan Simon



Follow

I am an investor and activist who has been building bridges between finance and social justice for close to twenty years. In that time, I've influenced over $150 Billion and helped thousands of people learn how to align their money with their values. My book, Real Impact: The New Economics of Social Change offers guidance on creating real, systemic change in the world and has been featured everywhere from Harvard Business School to the United Nations. I currently serve as Founding Partner of Candide Group, a Registered Investment Advisor in Oakland, CA. I'm also an adjunct professor at Middlebury College's graduate program, an avid dancer and a Swarthmore alumna. Learn more and contact me at www.morgansimon.com, or add me on social media (@morgansimon1).  **Read Less**

| Site Feedback | Tips | Corrections | Reprints & Permissions | Terms | Privacy |

© 2020 Forbes Media LLC. All Rights Reserved.   Report a Security Issue   AdChoices

ADVERTISEMENT

Cookies on Forbes