UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORECIVIC, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CANDIDE GROUP, LLC and MORGAN SIMON,<br><br>　　　　Defendants. | Case No. 4:20-cv-03792-WHA<br><br>**[PROPOSED] ORDER ON DEFENDANTS' SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT** |

## **ORDER**

This matter, having come before the Court on Defendants' Special Motion to Strike Plaintiff's Complaint pursuant to Cal. Code Civ. Proc. § 425.16, hereby orders as follows:

1. Defendants' Motion is **GRANTED**;
2. Plaintiff's Complaint is **STRICKEN WITH PREJUDICE**; and
3. Defendants are directed to submit a motion for attorneys' fees and costs within 30 days of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2020　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. William H. Alsup
　　　　　　　　　　　　　　　　　　United States District Judge

1