UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORECIVIC, INC.,

    Plaintiff,

v.

CANDIDE GROUP, LLC, and MORGAN SIMON,

    Defendants.

No. C 20-03792 WHA

**ORDER GRANTING MOTION TO DISMISS**

A multitude of issues have been tendered on defendants' motion to dismiss and to strike the complaint for defamation. It turns out, however, that CoreCivic, Inc., did, in fact, operate detention facilities for parents separated from their children pursuant to the Border Patrol's family separation policy. Thus, even though CoreCivic did not operate the detention facilities in which the children themselves were housed, CoreCivic did house the other half of the afflicted families or at last some of them. Therefore, the allegedly defamatory statements were true enough under the First Amendment and under California defamation law. Truth being a defense, the complaint is **DISMISSED WITHOUT LEAVE TO AMEND**. It is unnecessary to reach the remaining issues tendered. All other motions are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: November 19, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE