UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORECIVIC, INC,

    Plaintiff,

v.

CANDIDE GROUP, LLC, and MORGAN SIMON,

    Defendants.

No. C 20-03792 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting defendants' motion to dismiss, final judgment is hereby entered in favor of CANDIDE GROUP, INC., and MORGAN SIMON and against CORECIVIC, INC. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 19, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE