Elizabeth M. Locke, P.C.* VA Bar No. 71784
CLARE LOCKE LLP
10 Prince Street
Alexandra, VA 22314
Telephone: (202) 628-7400
Email: libby@clarelocke.com
*Appearance *Pro Hac Vice*

Michael B. McClellan, CBN 241570
NEWMEYER & DILLION LLP
895 Dove Street, Fifth Floor
Newport Beach, CA 92660
Telephone: (949) 854-7000
Email: Michael.McClellan@ndlf.com

*Attorneys for Plaintiff CoreCivic, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORECIVIC, INC., | CASE NO: 3:20-cv-03792-WHA |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF APPEAL** |
| CANDIDE GROUP, LLC and MORGAN SIMON, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that CoreCivic, Inc., Plaintiff in this case, hereby appeals to the U.S. Court of Appeals for the Ninth Circuit from the final judgment entered in this action on November 19, 2020 ("Final Judgment") (ECF No. 61) from the Court's November 19, 2020 Order Granting Motion to Dismiss (ECF No. 60). In appealing from the Final Judgment, Plaintiff appeals from any and all orders antecedent and ancillary thereto, including this Court's November 19, 2020 Order Granting Motion to Dismiss (ECF No. 60), this Court's August 17, 2020 Order Denying Defendants' Administrative Motion (ECF No. 46),[1] and any and all interlocutory judgments, decrees, decisions, rulings, verdicts, and opinions that merged into and became part of the Final Judgment, that are related to the Final Judgment, and upon which the Final Judgment is based.

Dated: November 20, 2020

NEWMEYER & DILLION LLP

By: */s/ Michael B. McClellan*
    Michael B. McClellan, CBN 241570

CLARE LOCKE LLP

By: */s/ Elizabeth M. Locke, P.C.*
    Elizabeth M. Locke, P.C.* VA Bar No. 71784
      *Appearance *Pro Hac Vice*

---

[1] This Order (ECF No. 46) denied an Administrative Motion filed by Plaintiff, not Defendant. (*See* ECF No. 43.)

## **FILER ATTESTATION**

In accordance of Civil L.R. 5-1(i)(3), I hereby certify that I have authorization to file this document from the signatories above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on this 20th day of November, 2020 at Newport Beach, California.

 /s/ *Michael B. McClellan*
Michael B. McClellan

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

CoreCivic, Inc.

Name(s) of counsel (if any):

Michael McClellan; C. Kendie Schlecht

Address: 895 Dove St, 5th Fl, Newport Beach, CA 92660

Telephone number(s): (949) 271-7221

Email(s): michael.mcclellan@ndlf.com; kendie.schlecht@ndlf.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Candide Group, LLC and
Morgan Simon

Name(s) of counsel (if any):

Thomas Burke; Abigail Everdell

Address: 505 Montgomery Street, Suite 800, San Francisco, CA 94111

Telephone number(s): (415) 276-6500

Email(s): thomasburke@dwt.com; abigaileverdell@dwt.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    1                              Rev. 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):
Elizabeth M. Locke, P.C.

Address: 10 Prince Street, Alexandria, VA 22314
Telephone number(s): 202-628-7400
Email(s): libby@clarelocke.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ● No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**     2     *Rev. 12/01/2018*