Elizabeth M. Locke, P.C. (*pro hac vice*)
VA Bar No. 71784
CLARE LOCKE LLP
10 Prince Street
Alexandra, VA 22314
Telephone: (202) 628-7400
Email: libby@clarelocke.com

Michael B. McClellan, CBN 241570
NEWMEYER & DILLION LLP
895 Dove Street, Fifth Floor
Newport Beach, CA 92660
Telephone: (949) 854-7000
Email: Michael.McClellan@ndlf.com

Attorneys for Plaintiff CoreCivic, Inc.

Thomas R. Burke (State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com

Abigail B. Everdell (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340
Email: abigaileverdell@dwt.com

Attorneys for Defendants
Candide Group, LLC and Morgan Simon

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORECIVIC, INC., | Case No. 4:20-cv-03792-WHA |
| Plaintiff, | **L.R. 6-1: STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR DEFENDANTS' MOTION FOR ATTORNEYS' FEES UNDER C.C.P. § 425.16** |
| v. | |
| CANDIDE GROUP, LLC and MORGAN SIMON, | |
| Defendants. | Action filed: March 4, 2020<br>Trial date: None set. |

**STIPULATION**

WHEREAS, on August 6, 2020, Defendants Candide Group, LLC and Morgan Simon (together, "Defendants") filed a Special Motion to Strike the Complaint of Plaintiff CoreCivic, Inc. ("Plaintiff") pursuant to California Code of Civil Procedure ("C.C.P.") § 425.16 (Dkt. 41); and

WHEREAS, C.C.P. § 425.16(c)(1) provides that "a prevailing defendant on a special motion to strike shall be entitled to recover his or her attorney's fees and costs"; and

WHEREAS, on November 19, 2020 this Court entered an Order Granting Motion to Dismiss (Dkt. 60) and entered judgment in favor of Defendants on the same day (Dkt. 61);

WHEREAS, Plaintiff has filed a Notice of Appeal and expressly preserves all of its rights and does not waive any of its rights, including any and all claims of error with respect to the district court's rulings, including but not limited to the district court's Order Granting Motion to Dismiss (Dkt. 60) and Judgment for Defendants (Dkt. 61);

WHEREAS, the parties have agreed to extend Local Rule 54-5's presumptive 14-day deadline for filing a motion for attorneys' fees and costs and to extend the briefing schedule for that motion; and

WHEREAS, the parties have agreed that CoreCivic's agreement to extend Local Rule 54-5's presumptive 14-day deadline for filing a motion for attorneys' fees and costs shall not be construed as an agreement by CoreCivic that C.C.P. § 425.16 *et. seq.* is applicable in this case and shall not be construed as a waiver by CoreCivic of the argument that C.C.P. § 425.16 *et. seq.* does not apply in this case;

NOW, THEREFORE, the parties, by and through their undersigned attorneys, hereby stipulate and agree that Defendants' motion for attorneys' fees and costs under C.C.P. § 425.16(c)(1) shall be filed on or before December 19, 2020, Plaintiff's response to that motion shall be filed on or before January 14, 2021, and Defendants' reply in support of that motion shall be filed on or before January 28, 2021.

Dated: December 2, 2020                 DAVIS WRIGHT TREMAINE LLP
                                        THOMAS R. BURKE
                                        ABIGAIL B. EVERDELL (*pro hac vice*)


                                        By:  /s/ *Thomas R. Burke*
                                             THOMAS R. BURKE

                                        Attorneys for Defendants
                                        Candide Group, LLC and Morgan Simon



Dated: December 2, 2020                 CLARE LOCKE LLP
                                        ELIZABETH M. LOCKE, P.C. (*pro hac vice*)

                                        By:  /s/ *Elizabeth M. Locke, P.C.*
                                             ELIZABETH M. LOCKE, P.C.

                                        Attorneys for Plaintiff CoreCivic, Inc.




# [PROPOSED] ORDER


   Pursuant to Stipulation, it is SO ORDERED.


                                        _____
                                        Hon. William H. Alsup
                                        United States District Court Judge

**FILER ATTESTATION**

Pursuant to Northern District Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from all signatories.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.  Executed on this 2nd day of December, 2020 at San Francisco, California.

 */s/ Thomas R. Burke*
Thomas R. Burke