1   Elizabeth M. Locke, P.C. (*pro hac vice*)
    VA Bar No. 71784
2   CLARE LOCKE LLP
    10 Prince Street
3   Alexandria, VA 22314
    Telephone: (202) 628-7400
4   Email:  libby@clarelocke.com

5   Michael B. McClellan, CBN 241570
    NEWMEYER & DILLION LLP
6   895 Dove Street, Fifth Floor
    Newport Beach, CA  92660
7   Telephone: (949) 854-7000
    Email:  Michael.McClellan@ndlf.com
8
    Attorneys for Plaintiff CoreCivic, Inc.
9
    Thomas R. Burke (State Bar No. 141930)
10  DAVIS WRIGHT TREMAINE LLP
    505 Montgomery Street, Suite 800
11  San Francisco, California  94111
    Telephone:  (415) 276-6500
12  Facsimile:  (415) 276-6599
    Email: thomasburke@dwt.com
13
    Abigail B. Everdell (*pro hac vice*)
14  DAVIS WRIGHT TREMAINE LLP
    1251 Avenue of the Americas, 21st Floor
15  New York, New York  10020
    Telephone:  (212) 489-8230
16  Facsimile:  (212) 489-8340
    Email:   abigaileverdell@dwt.com
17
    Attorneys for Defendants
18  Candide Group, LLC and Morgan Simon

19

20              IN THE UNITED STATES DISTRICT COURT

21           FOR THE NORTHERN DISTRICT OF CALIFORNIA

22                   SAN FRANCISCO DIVISION

23  CORECIVIC, INC.,                          Case No. 4:20-cv-03792-WHA

24                    Plaintiff,              **L.R. 6-1: STIPULATION AND
                                              [PROPOSED] ORDER REGARDING
25  v.                                        DEADLINE FOR DEFENDANTS'
                                              MOTION FOR ATTORNEYS' FEES
26  CANDIDE GROUP, LLC and MORGAN             UNDER C.C.P. § 425.16**
    SIMON,
27                                            Action filed:  March 4, 2020
                    Defendants.              Trial date:  None set.
28

_____

**STIPULATION AND [PROPOSED] ORDER RE DEADLINE FOR FEES MOTION**
Case No. 4:20-cv-03792-WHA

# STIPULATION

WHEREAS, on August 6, 2020, Defendants Candide Group, LLC and Morgan Simon (together, "Defendants") filed a Special Motion to Strike the Complaint of Plaintiff CoreCivic, Inc. ("Plaintiff") pursuant to California Code of Civil Procedure ("C.C.P.") § 425.16 (Dkt. 41); and

WHEREAS, C.C.P. § 425.16(c)(1) provides that "a prevailing defendant on a special motion to strike shall be entitled to recover his or her attorney's fees and costs"; and

WHEREAS, on November 19, 2020 this Court entered an Order Granting Motion to Dismiss (Dkt. 60) and entered judgment in favor of Defendants on the same day (Dkt. 61);

WHEREAS, Plaintiff has filed a Notice of Appeal and expressly preserves all of its rights and does not waive any of its rights, including any and all claims of error with respect to the district court's rulings, including but not limited to the district court's Order Granting Motion to Dismiss (Dkt. 60) and Judgment for Defendants (Dkt. 61);

WHEREAS, the parties have agreed to extend Local Rule 54-5's presumptive 14-day deadline for filing a motion for attorneys' fees and costs and to extend the briefing schedule for that motion; and

WHEREAS, the parties have agreed that CoreCivic's agreement to extend Local Rule 54-5's presumptive 14-day deadline for filing a motion for attorneys' fees and costs shall not be construed as an agreement by CoreCivic that C.C.P. § 425.16 *et. seq.* is applicable in this case and shall not be construed as a waiver by CoreCivic of the argument that C.C.P. § 425.16 *et. seq.* does not apply in this case;

NOW, THEREFORE, the parties, by and through their undersigned attorneys, hereby stipulate and agree that Defendants' motion for attorneys' fees and costs under C.C.P. § 425.16(c)(1) shall be filed on or before December 19, 2020, Plaintiff's response to that motion shall be filed on or before January 14, 2021, and Defendants' reply in support of that motion shall be filed on or before January 28, 2021.

**STIPULATION AND [PROPOSED] ORDER RE DEADLINE FOR FEES MOTION**
Case No. 4:20-cv-03792-WHA

1

2   Dated:  December 2, 2020                    DAVIS WRIGHT TREMAINE LLP
                                                THOMAS R. BURKE
3                                               ABIGAIL B. EVERDELL (*pro hac vice*)

4
                                                By:   /s/ *Thomas R. Burke*
5                                                     THOMAS R. BURKE

6                                               Attorneys for Defendants
                                                Candide Group, LLC and Morgan Simon
7

8

9
    Dated:  December 2, 2020                    CLARE LOCKE LLP
10                                              ELIZABETH M. LOCKE, P.C. (*pro hac vice*)

11                                              By:   /s/ *Elizabeth M. Locke, P.C.*
                                                      ELIZABETH M. LOCKE, P.C.
12
                                                Attorneys for Plaintiff CoreCivic, Inc.
13

14

15

16                              [PROPOSED] ORDER

17

18          Pursuant to Stipulation, it is SO ORDERED.

19

20          _____
                                                
21          Hon. William H. Alsup
            United States District Court Judge
22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER RE DEADLINE FOR FEES MOTION**
Case No. 4:20-cv-03792-WHA

**FILER ATTESTATION**

Pursuant to Northern District Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from all signatories.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.  Executed on this 2nd day of December, 2020 at San Francisco, California.

*/s/ Thomas R. Burke*
Thomas R. Burke

STIPULATION AND [PROPOSED] ORDER RE DEADLINE FOR FEES MOTION
Case No. 4:20-cv-03792-WHA