# EXHIBIT C





# Andrew G. Row

**ASSOCIATE**

**Los Angeles**
T 213.633.6860
F 213.633.6899

E andrewrow@dwt.com

### Education

LL.M., Harvard Law School, 2017

- Dean's Scholar Prize for Trusts and Estates
- Spencer Mason Travelling Scholarship in Law

LL.B., Bachelor of Laws, University of Otago, 2013, with honors

- First Class Honors
- Otago District Law Society Prize (Salutatorian)
- Sir Harold Barrowclough Scholarship
- University of Otago Prestige Scholarship in Law

### Admitted to Practice

California, 2018
Massachusetts, 2020
U.S. District Court Southern District of California, 2020
U.S. District Court Central District of California, 2020
U.S. Court of Appeals 4th Circuit, 2020

> I believe that the simplest legal arguments are often the most compelling.

Andrew Row is a litigator who focuses on complex commercial litigation and media and entertainment litigation. Originally from New Zealand, Andrew studied law at the University of Otago in Dunedin, New Zealand. He later obtained his LL.M. from Harvard Law School.

Before joining DWT, Andrew served as a law clerk to the Hon. Douglas P. Woodlock of the U.S. District Court for the District of Massachusetts, the Hon. Henry F. Floyd of the U.S. Court of Appeals for the Fourth Circuit, and the Hon. Dame Susan Glazebrook of the Supreme Court of New Zealand.

## Experience

**Planet Aid v. Reveal from the Center for Investigative Reporting**

Conducted research for the Center for Investigative Reporting's anti-SLAPP motion in a libel lawsuit following CIR's 18-month investigation into the alleged misuse of U.S. and foreign funding to farmers in Malawi, Africa. CIR's anti-SLAPP motion remains pending before the United States District Court for the Northern District of California (2018).

## Background

- Law Clerk, Hon. Henry F. Floyd, U.S. Court of Appeals for the 4th Circuit, Spartanburg, S.C., 2019-2020
- Law Clerk, Hon. Douglas P. Woodlock, U.S. District Court for the District of Massachusetts, Boston, 2018-2019
- Attorney, Davis Wright Tremaine LLP, San Francisco, 2018
- Intern, Death Penalty Division, Texas Innocence Network, University of Houston Law Center, Houston, 2016
- Law Clerk, Hon. Dame Susan Glazebrook, Supreme Court of New Zealand, Wellington, New Zealand, 2014-2016

## Memberships & Affiliations

- Judge, Northeast Regional Round, New York City, Philip C. Jessup International Moot Court Competition, 2019

## Insights

"Googols of Liability and Censoring the Internet – the Liability of Intermediaries for Defamation: Part I," Tort L. Rev. 44, 2015

"Googols of Liability and Censoring the Internet – the Liability of Intermediaries for Defamation: Part II," Tort L. Rev. 45, 2015