# EXHIBIT D



# Noel Nurrenbern

PARALEGAL

T  415.276.6548   (San Francisco)
E  noelnurrenbern@dwt.com

Noel Nurrenbern uses her experience of more than 25 years to effectively assist clients and attorneys in litigating and presenting cases. She becomes knowledgeable of the facts and key documents of the case to assist with filings, depositions, and hearings. She works with staff and vendors to provide needed support and to make sure the case is proceeding smoothly.

Noel has been the lead paralegal at three jury trials and two arbitrations. She is an experienced and thorough cite checker. She performs substantive document review and privilege review and prepares privilege logs. Noel has extensive experience in patent litigation and currently works on general commercial litigation, media matters, and appeals.

Practice Highlights

- Lead paralegal at five trials/arbitrations

- Assists with motion practice, including substantive cite checking and Shepardizing, as well as preparing supporting documents and exhibits
- Manages document collections and electronic processing, review, and productions
- Perform substantive document reviews for privilege and responsiveness