# EXHIBIT F

# EXHIBIT F

| Worked Date | Timekeeper | Billing Rate | Worked Hours | Compensible Hours | Task Category | Time Narrative | | Fees Total |
|---|---|---|---|---|---|---|---|---|
| 4/20/2020 | Everdell, Abigail | $555.00 | 0.40 | 0.40 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | Reviewing initial case materials, including complaint and correspondence from client forwarded by T. Burke | $ | 222.00 |
| 4/22/2020 | Burke, Thomas | $810.00 | 0.60 | 0.60 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | Provide background information and pre-litigation materials and guidance to A. Everdell REDACTED | $ | 486.00 |
| 4/23/2020 | Everdell, Abigail | $555.00 | 2.50 | 2.50 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | Reviewing initial case materials, including complaint, publications at issue, and underlying series of news reports | $ | 1,387.50 |
| 4/24/2020 | Burke, Thomas | $810.00 | 1.90 | 0.2 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | Prepare agenda and lead telephone conference with Ms. Simon and Ms. Rashid regarding REDACTED REDACTED (1.40) [.2 HRS COMPENSIBLE]; REDACTED | $ | 162.00 |

| Date | Name | Rate | Hours | Billed | Description | | Amount |
|---|---|---|---|---|---|---|---|
| 4/24/2020 | Everdell, Abigail | $555.00 | 2.70 | 1.8 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | REDACTED Communicating with client regarding strategy for litigation, including REDACTED | $ 999.00 |
| 4/28/2020 | Everdell, Abigail | $555.00 | 3.10 | 2.8 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | REDACTED developing strategy for Anti-SLAPP motion, including REDACTED (2.80) | $ 1,554.00 |
| 5/1/2020 | Everdell, Abigail | $555.00 | 1.90 | 0.7 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | Reviewing REDACTED analysis of complaint (.7); REDACTED | $ 388.50 |
| 5/12/2020 | Everdell, Abigail | $555.00 | 6.10 | 4.9 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | Drafting preliminary analysis of claims for purposes of anti-SLAPP motion (4.9); REDACTED | $ 2,719.50 |
| 5/15/2020 | Everdell, Abigail | $555.00 | 3.50 | 3.50 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | Outline analysis of claims in preparation for Anti-SLAPP filing | $ 1,942.50 |

| Date | Name | Rate | Hours | | Task | Description | Amount | |
|---|---|---|---|---|---|---|---|---|
| 5/16/2020 | Everdell, Abigail | $555.00 | 0.70 | 0.70 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | Outline analysis of claims and issues in preparation for Anti-SLAPP filing | $ | 388.50 |
| 5/18/2020 | Everdell, Abigail | $555.00 | 0.50 | 0.50 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | Outline analysis of claims and issues in preparation for Anti-SLAPP filing | $ | 277.50 |
| 5/21/2020 | Everdell, Abigail | $555.00 | 1.80 | 1.80 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | Outline analysis of claims and issues in preparation for Anti-SLAPP filing | $ | 999.00 |
| 5/22/2020 | Burke, Thomas | $810.00 | 0.20 | 0.1 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | Telephone conference with Mr. Noriega (claims counsel) regarding status of case transfer discussions and anticipated anti-SLAPP motion | $ | 81.00 |
| 5/26/2020 | Everdell, Abigail | $555.00 | 1.80 | 1.80 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | Outline analysis of claims and issues in preparation for Anti-SLAPP filing | $ | 999.00 |

| 5/29/2020 | Everdell, Abigail | $555.00 | 3.00 | 2 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | REDACTED outline analysis of claims and issues in preparation for Anti-SLAPP filing (2.0); REDACTED | $ | 1,110.00 |
| 6/11/2020 | Everdell, Abigail | $555.00 | 3.00 | 3.00 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | Outline analysis of claims and issues in preparation for Anti-SLAPP filing | $ | 1,665.00 |
| 6/12/2020 | Everdell, Abigail | $555.00 | 5.80 | 5.80 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | Outline analysis of claims and issues in preparation for Anti-SLAPP filing | $ | 3,219.00 |
| 6/18/2020 | Burke, Thomas | $810.00 | 3.00 | 2.5 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | REDACTED review and edit REDACTED draft Anti-SLAPP motion outline (2.50) | $ | 2,025.00 |

| 6/19/2020 | Burke, Thomas | $810.00 | 2.70 | 2.5 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | REDACTED ... further edit outline of Anti-SLAPP motion and provide further specific guidance to A. Everdell regarding REDACTED ... (2.50) | $ | 2,025.00 |
| 6/19/2020 | Everdell, Abigail | $555.00 | 0.50 | 0.50 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | Outline analysis of claims and issues in preparation for Anti-SLAPP filing | $ | 277.50 |
| 6/24/2020 | Burke, Thomas | $810.00 | 1.80 | 1.6 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | Further analysis of issues involving REDACTED ... (1.30); further revise Anti-SLAPP motion outline regarding same (.3); REDACTED ... | $ | 1,296.00 |

| 6/24/2020 | Everdell, Abigail | $555.00 | 3.40 | 3.40 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | Revising analysis of claims and issues in preparation for Anti-SLAPP filing (2.3); Researching applicability of REDACTED to claims (1.1) | $ | 1,887.00 |
|---|---|---|---|---|---|---|---|---|
| 6/25/2020 | Burke, Thomas | $810.00 | 0.70 | 0.5 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | Finalize initial evaluation letter and budget for litigation (.50) REDACTED | $ | 405.00 |
| 6/25/2020 | Everdell, Abigail | $555.00 | 0.80 | 0.80 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | Revising analysis of claims and issues in preparation for Anti-SLAPP filing REDACTED (.5); Researching REDACTED REDACTED for purposes of Anti-SLAPP filing (.3) | $ | 444.00 |
| 7/7/2020 | Everdell, Abigail | $555.00 | 1.10 | 0.6 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | Communicating with T. Burke regarding REDACTED REDACTED (.7) [.2 HRS RECOVERABLE]; communicating with K. Sager regarding strategy for REDACTED Anti-SLAPP motion (.1); communicating with M. Simon regarding REDACTED (.3) | $ | 333.00 |

| Date | Name | Rate | Hours | | Task | Description | | Amount |
|---|---|---|---|---|---|---|---|---|
| 7/8/2020 | Everdell, Abigail | $555.00 | 2.10 | 1.2 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | Communicating with M. Simon regarding REDACTED Anti-SLAPP motion REDACTED (.6); REDACTED communicating with T. Burke regarding potential REDACTED | | $ 666.00 |
| 7/9/2020 | Burke, Thomas | $810.00 | 1.50 | 1 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | Telephone conference with Ms. Simon regarding REDACTED anti-SLAPP motion and REDACTED (1.00); REDACTED | | $ 810.00 |
| 7/10/2020 | Burke, Thomas | $810.00 | 0.90 | 0.6 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | REDACTED further analysis of best strategy for clients to REDACTED in initial anti-SLAPP motion REDACTED (.60) | | $ 486.00 |
| 7/10/2020 | Everdell, Abigail | $555.00 | 0.80 | 0.80 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | Communicating with T. Burke and K. Sager regarding REDACTED Anti-SLAPP motion and REDACTED declaration in support of same | | $ 444.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7/14/2020 | Burke, Thomas | $810.00 | 4.00 | | 3.4 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | Brief factual research and initial review of publicly available information regarding CoreCivic REDACTED (3.40); REDACTED | $ | 2,754.00 |
| 7/15/2020 | Burke, Thomas | $810.00 | 2.60 | | 2 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | Exchange of communications with Ms. Simon regarding REDACTED anticipated anti-SLAPP motion (.30); REDACTED ; analysis of strategy issues regarding REDACTED and additional strategy issues regarding anti-SLAPP motion (1.40); further factual research and exchange of communications with REDACTED regarding plaintiff's lobbying activities (.30) | $ | 1,620.00 |
| 7/15/2020 | Everdell, Abigail | $555.00 | 4.90 | | 3.4 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | Researching REDACTED for purposes of Anti-SLAPP motion (1.8); REDACTED drafting stipulation regarding briefing schedule for motion (.9); reviewing local rules regarding motion submissions to court (.3); REDACTED | $ | 1,887.00 |

| Date | Name | Rate | Hours | Billed | Task | Description | | Amount |
|---|---|---|---|---|---|---|---|---|
| 7/17/2020 | Everdell, Abigail | $555.00 | 5.50 | 4.5 | Drafting Defendants' anti-SLAPP Motion papers | Drafting arguments concerning applicability of anti-SLAPP statute for anti-SLAPP motion (3.1); reviewing J. Alsup's individual rules concerning motion submissions and case scheduling (.5); reviewing preliminary results of research into REDACTED (.4); REDACTED | $ | 2,497.50 |
| 7/18/2020 | Burke, Thomas | $810.00 | 1.50 | 0.3 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | REDACTED ; further strategize issues regarding anti-SLAPP motion REDACTED (.30); REDACTED REDACTED | $ | 243.00 |
| 7/19/2020 | Everdell, Abigail | $555.00 | 2.90 | 2.90 | Drafting Defendants' anti-SLAPP Motion papers | Drafting structural outline for Anti-SLAPP motion (2.4) | $ | 1,609.50 |
| 7/20/2020 | Everdell, Abigail | $555.00 | 7.20 | 7.20 | Drafting Defendants' anti-SLAPP Motion papers | Drafting factual background and summary of claims for anti-SLAPP motion | $ | 3,996.00 |
| 7/21/2020 | Burke, Thomas | $810.00 | 3.80 | 3.80 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | Further systematic review of REDACTED REDACTED to support anti-SLAPP motion arguments (2.60); further analysis of allegations in plaintiff's complaint and follow-up guidance to A. Everdell regarding REDACTED the anti-SLAPP motion (.90) | $ | 3,078.00 |

| Date | Name | Rate | Hours | Billed | Task | Description | | Amount |
|---|---|---|---|---|---|---|---|---|
| 7/21/2020 | Everdell, Abigail | $555.00 | 4.90 | 4.90 | Drafting Defendants' anti-SLAPP Motion papers | Drafting arguments concerning application of anti-SLAPP statute for anti-SLAPP motion (4.5); revising stipulation regarding briefing schedule (.4) | $ | 2,719.50 |
| 7/22/2020 | Everdell, Abigail | $555.00 | 1.80 | 1.80 | Drafting Defendants' anti-SLAPP Motion papers | Communicating with client regarding REDACTED REDACTED for purposes of Anti-SLAPP motion (.1); drafting substantial truth of Family Separation Statements argument for Anti-SLAPP motion (1.7) | $ | 999.00 |
| 7/22/2020 | Burke, Thomas | $810.00 | 0.80 | 0.3 | Stipulation regarding anti-SLAPP motion deadline and briefing schedule | Further revisions to proposed stipulations and order for anti-SLAPP briefing schedule (.20); exchange of communications with Ms. Locke regarding issues regarding same (.10); REDACTED REDACTED | $ | 243.00 |
| 7/23/2020 | Everdell, Abigail | $555.00 | 9.00 | 9.00 | Drafting Defendants' anti-SLAPP Motion papers | Drafting substantial truth and protected opinion status of Family Separation Statements argument for Anti-SLAPP motion (2.1); drafting opinion status of Lobbying Statements arguments for Anti-SLAPP motion (2.9); drafting lack of defamatory meaning of Lobbying Statements arguments for Anti-SLAPP motion (4.0) | $ | 4,995.00 |
| 7/23/2020 | Burke, Thomas | $810.00 | 0.20 | 0.20 | Stipulation regarding anti-SLAPP motion deadline and briefing schedule | Exchange of communications with Ms. Locke regarding proposed joint stipulation regarding anti-SLAPP briefing schedule and related follow-up | $ | 162.00 |
| 7/24/2020 | Burke, Thomas | $810.00 | 1.70 | 1.70 | Researching the legal and factual bases and preparing a strategy for moving to strike CoreCivic's claims under the anti-SLAPP statute | Review and approve revised stipulation (regarding briefing schedule for anti-SLAPP) and secure permission from opposing counsel for filing same (.20); further reading of studies and papers REDACTED bearing on core issues in the anti-SLAPP motion (1.50) | $ | 1,377.00 |

| Date | Name | Rate | Hours | Hours | Task | Description | | Amount |
|------|------|------|-------|-------|------|-------------|---|--------|
| 7/24/2020 | Everdell, Abigail | $555.00 | 7.80 | 7.80 | Drafting Defendants' anti-SLAPP Motion papers | Revising stipulation regarding briefing schedule per communications with opposing counsel (.3); drafting lack of defamatory meaning of Lobbying Statements arguments for Anti-SLAPP motion (2.6); drafting lack of actual malice argument for Anti-SLAPP Motion (4.9) | $ | 4,329.00 |
| 7/27/2020 | Burke, Thomas | $810.00 | 0.20 | 0.20 | Drafting Defendants' anti-SLAPP Motion papers | Review and respond to a series of communications with Ms. Simon regarding REDACTED REDACTED | $ | 162.00 |
| 7/27/2020 | Everdell, Abigail | $555.00 | 5.60 | 5.60 | Drafting Defendants' anti-SLAPP Motion papers | Revising factual background sections of Anti-SLAPP motion (2.0); revising arguments sections of Anti-SLAPP motion (3.6) | $ | 3,108.00 |
| 7/28/2020 | Burke, Thomas | $810.00 | 2.30 | 2.30 | Drafting Defendants' anti-SLAPP Motion papers | Initial review and edits to draft anti-SLAPP motion | $ | 1,863.00 |
| 7/29/2020 | Burke, Thomas | $810.00 | 3.20 | 3.20 | Drafting Defendants' anti-SLAPP Motion papers | Initial review of issues and potential edits and cuts to draft anti-SLAPP motion and provide specific guidance to A. Everdell regarding REDACTED REDACTED | $ | 2,592.00 |
| 7/29/2020 | Everdell, Abigail | $555.00 | 1.50 | 1.50 | Drafting Defendants' anti-SLAPP Motion papers | Communicating with T. Burke regarding REDACTED Anti-SLAPP motion REDAC REDACTED | $ | 832.50 |
| 7/30/2020 | Burke, Thomas | $810.00 | 4.70 | 4.70 | Drafting Defendants' anti-SLAPP Motion papers | Further review key allegations in plaintiff's complaint and further revise and supplement draft anti-SLAPP motion | $ | 3,807.00 |
| 7/30/2020 | Everdell, Abigail | $555.00 | 2.50 | 2.50 | Drafting Defendants' anti-SLAPP Motion papers | Revising facts section of Anti-SLAPP motion (1.6); revising arguments for Anti-SLAPP motion (.9) | $ | 1,387.50 |

| Date | Name | Rate | Hours | Billed | Matter | Description | | Amount |
|------|------|------|-------|--------|--------|-------------|---|--------|
| 7/31/2020 | Burke, Thomas | $810.00 | 2.80 | 2.2 | Drafting Defendants' anti-SLAPP Motion papers | Further revise and supplement draft anti-SLAPP motion (including additional work on opinion, defamatory meaning and no actual malice arguments and provide further feedback and direction to A. Everdell regarding REDACTED REDACTED (2.2); REDACTED | $ | 1,782.00 |
| 7/31/2020 | Everdell, Abigail | $555.00 | 6.90 | 6.90 | Drafting Defendants' anti-SLAPP Motion papers | Further revising Anti-SLAPP motion to address T. Burke comments REDACTED | $ | 3,829.50 |
| 8/2/2020 | Burke, Thomas | $810.00 | 1.30 | 1.30 | Drafting Defendants' anti-SLAPP Motion papers | Further revise "no defamatory meaning" arguments and actual malice arguments in the anti-SLAPP motion | $ | 1,053.00 |
| 8/3/2020 | Burke, Thomas | $810.00 | 1.60 | 1.60 | Drafting Defendants' anti-SLAPP Motion papers | Review substantive revisions to draft anti-SLAPP motion and provide further guidance to A. Everdell regarding same including REDACTED REDACTED | $ | 1,296.00 |
| 8/3/2020 | Everdell, Abigail | $555.00 | 3.10 | 3.10 | Drafting Defendants' anti-SLAPP Motion papers | Revising Anti-SLAPP motion per T. Burke comments REDACTED | $ | 1,720.50 |

| 8/4/2020 | Burke, Thomas | $810.00 | 1.90 | 1.90 | Drafting Defendants' anti-SLAPP Motion papers | Review Ms. Simon's comments on the draft anti-SLAPP motion REDACTED (1.20); participate in conference with Ms. Simon and A. Everdell regarding REDACTED (.70) | $ | 1,539.00 |
| 8/4/2020 | Everdell, Abigail | $555.00 | 5.40 | 5.40 | Drafting Defendants' anti-SLAPP Motion papers | Reviewing client comments on draft anti-SLAPP motion (.50); drafting request for judicial notice for anti-SLAPP motion (2.20); communicating with client regarding REDACTED (1.10); revising anti-SLAPP motion REDACTED REDACTED (1.60) | $ | 2,997.00 |
| 8/4/2020 | Nurrenbern, Noel | $240.00 | 3.80 | 3.80 | Drafting Defendants' anti-SLAPP Motion papers | Cite check anti-SLAPP motion | $ | 912.00 |
| 8/5/2020 | Burke, Thomas | $810.00 | 3.60 | 3.60 | Drafting Defendants' anti-SLAPP Motion papers | Further review revised draft anti-SLAPP motion REDACTED and provide further guidance to A. Everdell REDACTED (2.30); review and revise draft Burke declaration in support of anti-SLAPP motion (.40); review and approve draft request for judicial notice in support of anti-SLAPP motion (.20); review and respond to REDACTED additional correspondence from clients regarding REDACTED anti-SLAPP motion (.70) | $ | 2,916.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8/5/2020 | Everdell, Abigail | $555.00 | 9.10 | 9.10 | Drafting Defendants' anti-SLAPP Motion papers | Revising anti-SLAPP motion REDACTED (3.00); drafting request for judicial notice for anti-SLAPP motion (1.70); revising anti-SLAPP motion per REDACT T. Burke REDACTED (1.00); drafting Burke Declaration including summaries of exhibits (1.60); identifying and reviewing exhibits for anti-SLAPP motion (1.80) | $ | 5,050.50 |
| 8/5/2020 | Nurrenbern, Noel | $240.00 | 6.90 | 6.90 | Drafting Defendants' anti-SLAPP Motion papers | Finish cite checking anti-SLAPP motion (5.5); research and organize exhibits to Request for Judicial Notice (1.4) | $ | 1,656.00 |
| 8/6/2020 | Burke, Thomas | $810.00 | 1.70 | 1.70 | Drafting Defendants' anti-SLAPP Motion papers | Final review and further edits to anti-SLAPP motion REDACTED | $ | 1,377.00 |
| 8/6/2020 | Everdell, Abigail | $555.00 | 6.00 | 6.00 | Drafting Defendants' anti-SLAPP Motion papers | Revising Anti-SLAPP motion REDACTED (3.60); finalizing and filing anti-SLAPP motion, Burke declaration, and request for judicial notice (2.40) | $ | 3,330.00 |
| 8/6/2020 | Nurrenbern, Noel | $240.00 | 2.50 | 2.50 | Drafting Defendants' anti-SLAPP Motion papers | Cite check Request for Judicial Notice (1.2); revise declaration (0.6); review and edit table of authorities (0.7) | $ | 600.00 |
| 8/10/2020 | Burke, Thomas | $810.00 | 0.70 | 0.5 | Responding to CoreCivic's Administrative Motion relating to Defendants' anti-SLAPP Motion | REDACTED strategize REDACTED Judge Alsup's denial of the parties' proposed briefing schedule (.2) review and respond to Ms. Locke's planned motion challenging same (and other issues) (.30) | $ | 405.00 |
| 8/11/2020 | Burke, Thomas | $810.00 | 1.30 | 1.30 | Responding to CoreCivic's Administrative Motion relating to Defendants' anti-SLAPP Motion | Participate in conference with opposing counsel regarding issues that counsel plans to request relief from the Court (using an "administrative motion" procedure) (.50); analyze the various legal arguments (and district court opinions) raised by plaintiff's counsel and provide guidance to A. Everdell regarding REDACTED (.80) | $ | 1,053.00 |

| Date | Name | Rate | Hours | Hours | Matter | Description | | Amount |
|------|------|------|-------|-------|--------|-------------|---|--------|
| 8/11/2020 | Everdell, Abigail | $555.00 | 4.50 | 4.50 | Responding to CoreCivic's Administrative Motion relating to Defendants' anti-SLAPP Motion | Meeting and conferring with opposing counsel regarding administrative motion concerning special motion to strike (.50); drafting response to administrative motion concerning special motion to strike REDACTED (4.00) | $ | 2,497.50 |
| 8/12/2020 | Burke, Thomas | $810.00 | 2.40 | 2.40 | Responding to CoreCivic's Administrative Motion relating to Defendants' anti-SLAPP Motion | Review and analysis of plaintiff's administrative motion to bar clients' use of the anti-SLAPP statute and related issues including review of key cases relied on by plaintiff REDACTED (1.40); review and revise clients' opposition to same and provide strategic guidance to A. Everdell REDACTED (1.00) | $ | 1,944.00 |
| 8/12/2020 | Everdell, Abigail | $555.00 | 5.90 | 5.90 | Responding to CoreCivic's Administrative Motion relating to Defendants' anti-SLAPP Motion | Communicating with client REDACTED (.30); drafting opposition to administrative motion (5.60) | $ | 3,274.50 |
| 8/13/2020 | Burke, Thomas | $810.00 | 1.30 | 1.30 | Responding to CoreCivic's Administrative Motion relating to Defendants' anti-SLAPP Motion | Review and approve revised opposition to plaintiff's administrative motion and supporting TRB declaration and proposed form of order and provide further guidance to A. Everdell REDACTED (1.10); review plaintiff's reply brief and arguments raised therein (.20) | $ | 1,053.00 |
| 8/13/2020 | Everdell, Abigail | $555.00 | 3.40 | 3.40 | Responding to CoreCivic's Administrative Motion relating to Defendants' anti-SLAPP Motion | Revising opposition to administrative motion per T. Burke comments (1.4); drafting Burke Declaration in support of opposition to administrative motion (.4); drafting proposed order on Plaintiff's administrative motion (1.00); finalizing and filing opposition to administrative motion (.60) | $ | 1,887.00 |

| Date | Name | Rate | Hours | Billed | Task | Description | | Amount |
|---|---|---|---|---|---|---|---|---|
| 8/14/2020 | Everdell, Abigail | $555.00 | 1.00 | 0.5 | Responding to CoreCivic's Administrative Motion relating to Defendants' anti-SLAPP Motion | Reviewing reply on plaintiff's administrative motion (.50); REDACTED | $ | 277.50 |
| 8/17/2020 | Burke, Thomas | $810.00 | 0.30 | 0.30 | Responding to CoreCivic's Administrative Motion relating to Defendants' anti-SLAPP Motion | Review Judge Alsup's order denying plaintiff's requested relief but approving expanded briefing schedule and update clients regarding same | $ | 243.00 |
| 9/10/2020 | Burke, Thomas | $810.00 | 0.70 | 0.70 | Drafting Defendants' reply in support of their anti-SLAPP Motion | Initial review of CoreCivic's opposition briefs (to the anti-SLAPP and Request for Judicial Notice) and update Ms. Simon regarding same (.40); follow-up exchange of communications with Ms. Simon REDACTED (.30) | $ | 567.00 |
| 9/10/2020 | Everdell, Abigail | $555.00 | 0.40 | 0.40 | Drafting Defendants' reply in support of their anti-SLAPP Motion | Reviewing brief in opposition to anti-SLAPP motion and opposition to request for judicial notice | $ | 222.00 |
| 9/11/2020 | Burke, Thomas | $810.00 | 0.50 | 0.50 | Drafting Defendants' reply in support of their anti-SLAPP Motion | Coordinate reply strategy with A. Everdell and REDACTED to address plaintiff's "commercial speech exception" arguments | $ | 405.00 |
| 9/11/2020 | Everdell, Abigail | $555.00 | 4.80 | 4.80 | Drafting Defendants' reply in support of their anti-SLAPP Motion | Reviewing brief in opposition to anti-SLAPP motion and drafting outline and summary of arguments for reply brief in support of anti-SLAPP motion | $ | 2,664.00 |
| 9/14/2020 | Burke, Thomas | $810.00 | 0.40 | 0.40 | Drafting Defendants' reply in support of their anti-SLAPP Motion | Review outline of draft Reply brief (ISO of anti-SLAPP Motion) and follow-up with A. Everdell REDACTED | $ | 324.00 |
| 9/14/2020 | Everdell, Abigail | $555.00 | 0.80 | 0.80 | Drafting Defendants' reply in support of their anti-SLAPP Motion | Drafting outline of reply in support of motion to strike | $ | 444.00 |
| 9/17/2020 | Everdell, Abigail | $555.00 | 7.40 | 7.40 | Drafting Defendants' reply in support of their anti-SLAPP Motion | Drafting arguments concerning failure to plead material falsity and failure to plead false implication with regard to family separation statements (2.7); drafting arguments concerning applicability of anti-SLAPP statute for reply brief (3.7) | $ | 4,107.00 |

| 9/18/2020 | Burke, Thomas | $810.00 | 1.60 | 1.60 | Drafting Defendants' reply in support of their anti-SLAPP Motion | Further analysis of plaintiff's opposition to clients' opinion, and substantial truth arguments and provide strategic guidance to A. Everdell REDACTED REDACTED | $ | 1,296.00 |
| 9/18/2020 | Everdell, Abigail | $555.00 | 9.70 | 9.70 | Drafting Defendants' reply in support of their anti-SLAPP Motion | Drafting arguments concerning commercial speech exemption to anti-SLAPP statute for reply brief (4.3); drafting arguments concerning defamatory meaning and special damages for reply brief (5.4) | $ | 5,383.50 |
| 9/19/2020 | Everdell, Abigail | $555.00 | 11.30 | 11.30 | Drafting Defendants' reply in support of their anti-SLAPP Motion | Drafting arguments concerning opinion doctrine for reply brief (4.2); drafting arguments concerning failure to plead actual malice for reply brief (7.1) | $ | 6,271.50 |
| 9/21/2020 | Burke, Thomas | $810.00 | 4.30 | 4.30 | Drafting Defendants' reply in support of their anti-SLAPP Motion | Detailed review of draft Reply brief (including key appellate cases relied on by plaintiff) and edit same and provide follow-up guidance to A. Everdell regarding REDACTED | $ | 3,483.00 |
| 9/22/2020 | Burke, Thomas | $810.00 | 2.30 | 2.30 | Drafting Defendants' reply in support of their anti-SLAPP Motion | Further edit revised Reply brief and review (and respond to) REDACTED Ms. Simon REDACTED | $ | 1,863.00 |
| 9/22/2020 | Everdell, Abigail | $555.00 | 4.30 | 4.30 | Drafting Defendants' reply in support of their anti-SLAPP Motion | Revising arguments in reply brief including arguments concerning material falsity, opinion, and defamatory meaning and adding additional citation REDACTED | $ | 2,386.50 |
| 9/23/2020 | Burke, Thomas | $810.00 | 1.30 | 1.30 | Drafting Defendants' reply in support of their anti-SLAPP Motion | Initial review of Ms. Simon's REDACTED and provide guidance to A. Everdell REDACTED | $ | 1,053.00 |
| 9/23/2020 | Everdell, Abigail | $555.00 | 7.80 | 7.80 | Drafting Defendants' reply in support of their anti-SLAPP Motion | Revising reply brief per T. Burke comments (.7); revising reply brief per client comments (2.0); drafting proposed order for anti-SLAPP motion (.5); drafting reply in support of request for judicial notice (1.9); editing reply brief throughout to cut length in light of page limitation (2.7) | $ | 4,329.00 |

| Date | Name | Rate | Hours | Billed | Task | Description | Amount |
|---|---|---|---|---|---|---|---|
| 9/23/2020 | Nurrenbern, Noel | $240.00 | 6.30 | 6.30 | Drafting Defendants' reply in support of their anti-SLAPP Motion | Cite check reply brief in support of special motion to strike | $ 1,512.00 |
| 9/24/2020 | Burke, Thomas | $810.00 | 1.10 | 1.10 | Drafting Defendants' reply in support of their anti-SLAPP Motion | Review revised reply and make final edits to same (including cuts to fit within court page requirements) and approve final filings | $ 891.00 |
| 9/24/2020 | Everdell, Abigail | $555.00 | 5.20 | 5.20 | Drafting Defendants' reply in support of their anti-SLAPP Motion | Reviewing N. Nurrenbaum cite check edits to anti-SLAPP reply brief; revising opinion section of anti-SLAPP reply brief (1.1); revising and finalizing reply in support of motion for judicial notice (.7); finalizing proposed order for anti-SLAPP motion (.2); editing reply brief in support of anti-SLAPP motion for length to comply with page limitations (1.2); finalizing and filing anti-SLAPP motion (2.0) | $ 2,886.00 |
| 9/24/2020 | Nurrenbern, Noel | $240.00 | 1.20 | 1.20 | Drafting Defendants' reply in support of their anti-SLAPP Motion | Review and edit reply brief and table of authorities | $ 288.00 |
| 10/13/2020 | Nurrenbern, Noel | $240.00 | 2.60 | 2.60 | Preparing for and attending the hearing on Defendants' anti-SLAPP Motion | Research and organize cases cited in SLAPP motion for A. Everdell to review | $ 624.00 |
| 10/14/2020 | Nurrenbern, Noel | $240.00 | 1.10 | 1.10 | Preparing for and attending the hearing on Defendants' anti-SLAPP Motion | Research and organize cases cited in opposition to special motion to strike | $ 264.00 |
| 10/15/2020 | Everdell, Abigail | $555.00 | 1.10 | 0.5 | Preparing for and attending the hearing on Defendants' anti-SLAPP Motion | REDACTED reviewing cases cited in anti-SLAPP briefing for purposes of oral argument prep (.5) | $ 277.50 |
| 10/16/2020 | Everdell, Abigail | $555.00 | 4.70 | 4.70 | Preparing for and attending the hearing on Defendants' anti-SLAPP Motion | Reviewing cases cited in anti-SLAPP briefing for purposes preparing for oral argument | $ 2,608.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/20/2020 | Burke, Thomas | $810.00 | 0.10 | 0.10 | Preparing for and attending the hearing on Defendants' anti-SLAPP Motion | Exchange of communications with Ms. Simon regarding REDACTED | $ 81.00 |
| 10/20/2020 | Everdell, Abigail | $555.00 | 3.00 | 3.00 | Preparing for and attending the hearing on Defendants' anti-SLAPP Motion | Drafting oral argument for hearing on special motion to strike | $ 1,665.00 |
| 10/21/2020 | Burke, Thomas | $810.00 | 0.20 | 0.20 | Preparing for and attending the hearing on Defendants' anti-SLAPP Motion | Attention to continuance and rescheduling issues regarding hearing on anti-SLAPP motion | $ 162.00 |
| 10/21/2020 | Everdell, Abigail | $555.00 | 0.30 | 0.30 | Preparing for and attending the hearing on Defendants' anti-SLAPP Motion | Communicating with opposing counsel regarding potential continuance of motion hearing | $ 166.50 |
| 10/29/2020 | Everdell, Abigail | $555.00 | 1.80 | 0.3 | Preparing for and attending the hearing on Defendants' anti-SLAPP Motion | REDACTED communicating with client regarding oral argument REDACTED (.5) [.3 HRS RECOVERABLE] | $ 166.50 |
| 11/10/2020 | Everdell, Abigail | $555.00 | 0.80 | 0.80 | Preparing for and attending the hearing on Defendants' anti-SLAPP Motion | Reviewing caselaw and drafting argument points in preparation for oral argument on anti-SLAPP motion (.8) | $ 444.00 |
| 11/13/2020 | Everdell, Abigail | $555.00 | 7.40 | 7.2 | Preparing for and attending the hearing on Defendants' anti-SLAPP Motion | REDACTED in preparation for oral argument on anti-SLAPP motion (6.1); s REDACTED in preparation for oral argument on anti-SLAPP motion (1.1) | $ 3,996.00 |
| 11/15/2020 | Everdell, Abigail | $555.00 | 4.50 | 4.50 | Preparing for and attending the hearing on Defendants' anti-SLAPP Motion | Reviewing caselaw and drafting argument points in preparation for oral argument on anti-SLAPP motion | $ 2,497.50 |

| 11/16/2020 | Burke, Thomas | $810.00 | 3.50 | 3.2 | Preparing for and attending the hearing on Defendants' anti-SLAPP Motion | REDACTED detailed review of motion papers and prepare key questions and points of emphasis for moot argument with A. Everdell (1.20); participate in "moot" argument with A. Everdell to help her prepare for hearing on 11/19 in support of clients' anti-SLAPP motion (2.00) | $ | 2,592.00 |
|---|---|---|---|---|---|---|---|---|
| 11/16/2020 | Everdell, Abigail | $555.00 | 2.80 | 2.80 | Preparing for and attending the hearing on Defendants' anti-SLAPP Motion | Mooting oral argument in preparation for hearing on anti-SLAPP motion | $ | 1,554.00 |
| 11/18/2020 | Burke, Thomas | $810.00 | 0.20 | 0.20 | Preparing for and attending the hearing on Defendants' anti-SLAPP Motion | Further assist A. Everdell regarding preparations for 11/19 argument re clients' anti-SLAPP motion | $ | 162.00 |
| 11/18/2020 | Everdell, Abigail | $555.00 | 1.80 | 1.80 | Preparing for and attending the hearing on Defendants' anti-SLAPP Motion | Reviewing articles at issue, and key supporting caselaw relating to opinion doctrine in preparation for 11/19 oral argument on anti-SLAPP motion | $ | 999.00 |
| 11/19/2020 | Burke, Thomas | $810.00 | 4.00 | 4.00 | Preparing for and attending the hearing on Defendants' anti-SLAPP Motion | Preparations to assist A. Everdell with argument in support of clients' anti-SLAPP motion (1.20); participate in anti-SLAPP hearing before Judge Alsup via telephone conference to secure dismissal (with prejudice) of plaintiff's lawsuit (2.40); telephone conference with Ms. Everdell and Ms. Simon regarding hearing and REDACTED (.40); | $ | 3,240.00 |
| 11/19/2020 | Everdell, Abigail | $555.00 | 6.20 | 6.20 | Preparing for and attending the hearing on Defendants' anti-SLAPP Motion | Preparing for oral argument on anti-SLAPP motion (1.7); court hearing on anti-SLAPP motion and initial conference (3.0); drafting REDACTED for client (.2); reviewing opinion on anti-SLAPP motion and communicating with T. Burke and client regarding same (.8); drafting communications with opposing counsel regarding fees motion (.5) | $ | 3,441.00 |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL | 313.30 | | TOTAL | $ | 183,969.00 |
| | | | **TOTAL -10%** | **$** | **165,572.10** |