UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORECIVIC INC,

        Plaintiff,

v.

CANDIDE GROUP LLC, et al.,

        Defendants.

No. C–20–03792–WHA

**ORDER TO PROVIDE BILLING INVOICES**

Defense counsel shall submit the billing invoices depicting the hourly rate and time entries for the amount actually incurred by and sent to the client and/or insurers. The Court would like these documents in time for the hearing scheduled for **APRIL 24TH AT 8:00AM**, but given that the hearing is tomorrow, the deadline to submit is no later than **FRIDAY AT NOON**.

**IT IS SO ORDERED.**

Dated: March 23, 2021

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE