UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORECIVIC INC,

        Plaintiff,

   v.

CANDIDE GROUP LLC, et al.,

        Defendants.

No. C–20–03792–WHA

ORDER GRANTING MOTION TO SEAL

Defendants' pending motion to seal seeks to redact portions of billing invoice entries reflecting substantive work, topics of discussion between attorneys and client, and entries for which recovery has not been sought. The redactions leave intact all information relevant to determining attorney's fees, such as hourly rates, hours billed, and a sufficient description of the work to determine whether it is compensable. Though defendants' motion to seal does not mention the *Kamakana* standard which must be met to warrant sealing, the motion nevertheless provides compelling reasons that redactions are needed to protect the attorney-client and work-product privileges. The narrowly-tailored redactions do not hamper the public's understanding of the matter and the interest in protecting attorney-client and work-product privileges is compelling. The motion to seal is **GRANTED**.

**IT IS SO ORDERED.**

Dated: April 7, 2021

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE