1  Elizabeth M. Locke, P.C.* VA Bar No. 71784
   CLARE LOCKE LLP
2  10 Prince Street
   Alexandra, VA 22314
3  Telephone: (202) 628-7400
   Email:   libby@clarelocke.com
4  *Appearance *Pro Hac Vice*

5  Michael B. McClellan, CBN 241570
   NEWMEYER & DILLION LLP
6  895 Dove Street, Fifth Floor
   Newport Beach, CA 92660
7  Telephone: (949) 854-7000
   Email:   Michael.McClellan@ndlf.com

*Attorneys for Plaintiff CoreCivic, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORECIVIC, INC., <br><br> Plaintiff, <br><br> v. <br><br> CANDIDE GROUP, LLC and MORGAN SIMON, <br><br> Defendants. | CASE NO: 3:20-cv-03792-WHA <br><br> ASSIGNED TO: Judge William Alsup <br><br> **NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING PLAINTIFF'S UNOPPOSED MOTION TO STAY DETERMINATION OF ATTORNEYS' FEES PENDING RESOLUTION OF PENDING APPEAL** <br><br> FILE DATE (Central District):   March 4, 2020 <br> FILE DATE (Northern District): July 7, 2020 <br> TRIAL DATE SET:                   No Date Set |

Plaintiff CoreCivic, Inc. respectfully files this Notice of Supplemental Authority to direct the Court's attention to the attached Order of Judge Maxine M. Chesney, issued on August 27, 2021 in the case of *Planet Aid, Inc. v. Reveal, Center for Investigative Reporting*, No. 17-cv-03695-MMC (N.D. Cal. Aug. 27, 2021) (slip op.) (attached as an **Exhibit** hereto), which is relevant to CoreCivic's pending, unopposed Motion to Stay Determination of Attorneys' Fees Pending Resolution of Pending Appeal.[1]

In *Planet Aid*—like in this case—the district court granted the defendants' Special Motion to Strike under California's Anti-SLAPP Statute, the plaintiffs appealed, and the defendants moved for an award of attorneys' fees under California's Anti-SLAPP Statute. (Slip op. at 1-2.) Like this Court, Judge Chesney recognized that "after the Supreme Court's ruling in *Shady Grove Orthopedic Associations, P.A. v. Allstate Insurance Co.*, 559 U.S. 393 (2010), the majority of circuits to have addressed the applicability of state anti-SLAPP statutes in federal court have held such statutes inapplicable," and "several Ninth Circuit judges, subsequent to *Shady Grove*, have opined that" the Ninth Circuit's prior caselaw holding California's Anti-SLAPP Statute applicable in federal court "should be reconsidered." (Slip op. at 3.) As such, Judge Chesney recognized that the plaintiffs made a "substantial showing ... as to the potential for reversal of the judgment on which defendants' entitlement to fees is predicated," and "DEFERRED" "ruling on defendants' Motion for Attorneys' Fees and Costs ... pending the Ninth Circuit's determination as to whether California's anti-SLAPP statute applies in federal court." (Slip op. at 4-5.)

For the reasons explained in CoreCivic's Stay Motion, Defendants' Statement of Non-Opposition thereto, and Judge Chesney's well-reasoned opinion attached hereto, the Court should—consistent with its Fee Order and the Parties' Joint Stipulation—stay the determination of what, if any, fees Defendants are entitled to pending resolution of CoreCivic's pending appeal (Appeal No. 20-17285).

---

[1] *See* Pl.'s Mot. to Stay Determination of Attorneys' Fees Pending Resolution of Pending Appeal (Aug. 9, 2021) [Dkt. 99]; Defs.' Statement of Non-Opposition to Mot. to Stay Determination of Attorneys' Fees Pending Resolution of Pending Appeal (Aug. 19 2021) [Dkt. 100] (agreeing that "a stay would facilitate judicial efficiency and conserve the Courts' and the parties' resources by avoiding duplication of work").

August 9, 2021

NEWMEYER & DILLION LLP

By: /s/ *Michael B. McClellan*
Michael B. McClellan

CLARE LOCKE LLP

By: /s/ *Elizabeth M. Locke, P.C.*
Elizabeth M. Locke, P.C. (*pro hac vice*; VA Bar 71784)

**FILER ATTESTATION**

In accordance of Civil L.R. 5-1(i)(3), I hereby certify that I have authorization to file this document from the signatories above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on this 30th day of August, 2021 at Alexandria, Virginia.

      /s/ Elizabeth M. Locke, P.C.
Elizabeth M. Locke, P.C.