UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORECIVIC INC,

        Plaintiff,

  v.

CANDIDE GROUP LLC, et al.,

        Defendants.

No. C 20–03792 WHA

**ORDER GRANTING MOTION TO STAY**

      Plaintiff Corecivic moves to stay the determination of attorney's fees by a special master until the resolution of a pending appeal as to the prior order granting defendants' special motion to strike. Defendants Simon and Candide do not oppose the stay.

      It is in the interest of judicial efficiency to stay the case until after our court of appeals rules on the appeal. Neither party will be prejudiced by the stay. Though the stay will delay the resolution of attorney's fees, the delay will not be undue because the resolution of the appeal could moot the issue of attorney's fees. Preservation of judicial resources benefits the public and weighs in favor of a stay. The motion to stay is **GRANTED**.

      The hearing on this motion set for September 23 is hereby **VACATED**.

      **IT IS SO ORDERED.**

Dated: September 9, 2021

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE