**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 7 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CORECIVIC, INC., <br><br> Plaintiff-Appellant, <br><br> v. <br><br> CANDIDE GROUP, LLC; MORGAN SIMON, <br><br> Defendants-Appellees. | No.   20-17285 <br><br> D.C. No. 3:20-cv-03792-WHA <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: S.R. THOMAS, GOULD, and BEA, Circuit Judges.

Appellant's unopposed motion (Dkt. 76) for a 14-day extension of time to file a petition for panel rehearing or hearing *en banc* is GRANTED. The petition is now due on or before September 27, 2022.